# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN TRAPP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:19-cv-00742-EPG<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND**<br><br>(ECF No. 16) |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand (ECF No. 16), the request is hereby GRANTED. Plaintiff shall file her Motion for Summary Judgment/Remand on or before January 23, 2020. All subsequent deadlines are extended accordingly.

**IT IS SO ORDERED.**


DATED: <u>**January 10, 2020**</u>　　　　　　　　　／s／ Eric P. Groj

　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**