McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN TRAPP, <br><br> Plaintiff, <br><br> v. <br> ANDREW SAUL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:19-cv-00742-AWI-EPG <br><br> STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME <br><br> (ECF No. 19) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from February 24, 2020 to March 25, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel need additional time to determine whether further briefing is necessary.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly:

- Defendant shall respond to Plaintiff's opening brief on or before March 25, 2020;

Stip. & Order for Ext.; 1:19-cv-00742-AWI-EPG         1

- Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before April 9, 2020).

Respectfully submitted,

Dated: February 24, 2020           */s/ Shellie Lott*
                                   (*as authorized via e-mail on 2/24/20)
                                   SHELLIE LOTT
                                   Attorney for Plaintiff

Dated:  February 24, 2020          McGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                        By:        */s/ Marcelo Illarmo*
                                   MARCELO ILLARMO
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant

# ORDER

Pursuant to the stipulation of the parties (ECF No. 19), and finding good cause exists, IT IS ORDERED that Plaintiff is granted an extension of time, to March 25, 2020, to file an opening brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **February 25, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE