McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN TRAPP,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>Defendant. | Case No.: 1:19-cv-00742-EPG<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 21) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. And Order For Voluntary Remand; Case 1:19-cv-00742-EPG

Respectfully submitted,

Dated: March 19, 2020         */s/ Shellie Lott*
                              (*as authorized via e-mail on 3/13/2020)
                              SHELLIE LOTT
                              Attorney for Plaintiff


Dated: March 19, 2020         McGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                       By:    */s/ Marcelo Illarmo*
                              MARCELO ILLARMO
                              Special Assistant United States Attorney

                              Attorneys for Defendant

Stip. And Order For Voluntary Remand; Case 1:19-cv-00742-EPG

2

# **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 21), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: __**March 19, 2020**__       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Stip. And Order For Voluntary Remand;  Case 1:19-cv-00742-EPG

3