## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO BRANCH

| | |
|---|---|
| ANNA LYNN TRAPP,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.:  1:19-cv-00742-AWI-EPG<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 24) |

Pursuant to the stipulation of the parties (ECF No. 24), IT IS ORDERED that attorney fees under EAJA, in the amount of SEVEN-THOUSAND FIFTY dollars ($7,050.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   May 7, 2020                                         _____
                                                                            SENIOR DISTRICT JUDGE